UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-14255-MIDDLEBROOKS

MICHAEL BRENNAN, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

VOICE SEARCH LOCAL, LLC,

       Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal With and Without Prejudice (DE 4), filed September 25, 2024. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1) The above-styled action is **DISMISSED WITH PREJUDICE** with respect to Plaintiff's individual claims against Defendant and **WITHOUT PREJUDICE** with respect to the claims of the putative Class.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 30th day of September, 2024.

Donald M. Middlebrooks
United States District Judge